# Walker *v.* The State.

*Indictment for Assault and Battery.*

(Decided February 6th, 1902.)

1. *Assault and battery; what constitutes.*—One who takes improper liberties with the person of a female, or indecently fondles her without her will and consent, is guilty of an assault and battery.

APPEAL from the City Court of Gadsden.

Tried before Hon. JOHN H. DISQUE.

The appellant was tried and convicted for an assault and battery. The witness for the State testified that defendant came to her house and came in without knocking, and asked where her husband was, saying that he wanted to sell him a gun. She told the defendant where her husband was, and defendant came to the fire where she was sitting and sat down. She had the baby on her lap, and defendant played with the baby until she put the baby down, when defendant reached across her lap and pinched her knee with all his fingers. She jumped up and ordered him to leave the house, which he did shortly afterwards. She and defendant had always been good friends.

BOYKIN & LEE, for appellant, cited *Alston's case,* 109 Ala. 51; *Chapman v. State,* 78 Ala. 463; *State v. Davis,* 35 Am. Dec. 735; *State v. Blackwell,* 9 Ala. 79; *Beasley v. State,* 18 Ala. 535; *Shaw v. State,* 18 Ala. 547; *Lawson v. State,* 30 Ala. 14; *Johnson v. State,* 35 Ala. 363; *Mullen v. State,* 45 Ala. 43; *Compton v. State,* 110 Ala. 124.

CHARLES G. BROWN, Attorney-General, for the State, cited 1 McClain's Criminal Law, § 238, note 2; *Balkum v. State,* 115 Ala. 118; 2 Am. & Eng. Ency. Law (2d ed.), 975.

HARALSON, J.—"If a man takes improper liberties with the person of a female, or indecently fondles her without her will and consent, he is guilty of an assault and battery."—1 McClain's Crim. Law, § 238; 2 Am. & Eng. Ency. Law (2d ed.), 975; *Balkum v. The State,* 115 Ala. 117.

Under the undisputed evidence in the case, the defendant was guilty of an assault and battery on the person of the party on whom the offense was committed, and the court properly so found.

Affirmed.